**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KARINA BIBICHEFF,<br><br>                              Plaintiff,<br><br>         v.<br><br>CHASE BANK USA, N.A., *et al.*,<br><br>                              Defendants. | Case No. 2:17-cv-04679<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that KATHRYN E. CAHOY, an attorney admitted to practice before this Court *pro hac vice* in this matter, hereby appears as counsel on behalf of defendant Chase Bank USA, N.A. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following mail or email address:

> Kathryn E. Cahoy
> COVINGTON & BURLING LLP
> 333 Twin Dolphin Drive
> Suite 700
> Redwood Shores, CA 94065
> kcahoy@cov.com
> Tel.: (650) 632-4735 ‖ Fax: (650) 632-4800

Dated: January 8, 2018 　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP

　　　　　　　　　　　　　　　　By:  s/ *Kathryn E. Cahoy*
　　　　　　　　　　　　　　　　　　　Kathryn E. Cahoy

　　　　　　　　　　　　　　　　333 Twin Dolphin Drive
　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　kcahoy@cov.com
　　　　　　　　　　　　　　　　Tel.:  (650) 632-4735  ‖  Fax:  (650) 632-4800

　　　　　　　　　　　　　　　　*Counsel for Defendant Chase Bank USA, N.A.*