# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

January 11, 2018

**VIA ECF**
Hon. Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip
New York 11722

       **Re: Bibicheff v. Chase Bank USA, N.A. et ano;**
       **Case No. 17-cv-04679 (DRH) (AYS)**

Dear Judge Shields:

    We represent Plaintiff Karina Bibicheff in the above-referenced matter. Pursuant to Your Honor's Individual Practice Rules, we respectfully request an adjournment of the initial conference currently scheduled for January 17, 2018. All parties agree that the conference will be more productive if it takes places after Defendant Chase Bank USA, N.A.'s motion to dismiss (ECF No. 28) is decided.

    In accordance with Section III (4) of Your Honor's Individual Practice Rules, we propose the following alternative dates for the conference:

    February 21, 2018
    March 16, 2018
    April 18, 2018

    All parties consent to the adjournment and the suggested alternative dates. This is the first request for adjournment of the initial conference.

                                     Respectfully submitted,

                                     /s
                                   Aliaksandra Ramanenka

cc: all counsel of record via ECF