**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Kathryn Cahoy

Covington & Burling LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA 94065-1418
T +1 650 632 4735
kcahoy@cov.com

**Via Electronic Case Filing**                                                April 9, 2018

Hon. Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip, NY 11722

Re:   *Bibicheff v. Chase Bank USA, N.A.*, No. 2:17-cv-04679 (DRH) (AYS)—
        Defendant Chase Bank USA, N.A.'s Unopposed Request to Adjourn
        Initial Conference

Dear Judge Shields:

By this letter motion, Defendant Chase Bank USA, N.A. ("Chase") respectfully requests to adjourn the initial conference currently scheduled for April 18, 2018. Chase's counsel has a conflict with appearing in-person on April 18 due to personal and professional obligations in other matters. Counsel for the other parties to this matter consent to this adjournment.

In accordance with Your Honor's Individual Practice Rules, Chase proposes the following alternative dates for the conference, all of which are acceptable to counsel for the parties:

April 25, 2018 (the parties' preferred choice)
May 9, 2018
May 11, 2018

This is Chase's first request for adjournment of the initial conference, and the second overall request for adjournment of the initial conference. The first request for adjournment was made by Plaintiff on January 11, 2018, who asked for adjournment on the ground that "the conference will be more productive if it takes place after Defendant Chase Bank USA, N.A.'s motion to dismiss (ECF No. 28) is decided." Although Chase's motion to dismiss is still pending, Plaintiff's counsel has informed Chase's counsel that Plaintiff now wishes to proceed with the initial conference but is amenable to continuing the initial conference to a different date to accommodate Chase's scheduling conflicts.

Respectfully submitted,

*/s/ Kathryn Cahoy*
Kathryn Cahoy

*Attorney for Chase Bank USA, N.A.*

cc:   all counsel of record via ECF