# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

May 15, 2018

**VIA ECF**
Hon. Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip New York 11722

**Re: Bibicheff v. Chase Bank USA, N.A. et ano;
Case No. 17-cv-04679 (DRH) (AYS)**

Dear Judge Shields:

We represent Plaintiff Karina Bibicheff in the above-referenced matter. Pursuant to Your Honor's Individual Practice Rules, we respectfully request an adjournment of the initial conference, currently scheduled for May 21, 2018, because Plaintiff's counsel must attend a deposition in a different matter on this date. This is Plaintiff's second and the parties' third request for the adjournment of the scheduling conference. In addition, on May 4, 2018, due to a conflict in the Court's calendar, Your Honor adjourned the conference scheduled for May 9 to May 21, 2018.

All parties consent to the extension and propose the following alternative dates for the conference:

June 6, 2018
June 12, 2018

We thank the Court for its attention to this matter.

Respectfully submitted,

/s
Aliaksandra Ramanenka

cc: all counsel of record via ECF