UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARINA BIBICHEFF,

                Plaintiffs,

      v.

CHASE BANK USA, N.A., and
PAYPAL INC.,

                Defendants.

Case No. 17-cv-04679 (DRH)(AYS)

## NOTICE OF WITHDRAWAL OF COUNSEL

To: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Aliaksandra Ramanenka, Esq., is no longer

associated with Giskan Solotaroff & Anderson LLP and should be removed from the

Court's service list with respect to the above captioned action. Giskan Solotaroff &

Anderson LLP continues to serve as counsel for Plaintiff in this matter.

        Dated: New York, NY
             July 9, 2018

                         Respectfully submitted,

                         Oren S. Giskan
                         **Giskan Solotaroff & Anderson LLP**
                         217 Centre Street, 6th Floor
                         New York, New York 10013
                         Telephone: (212) 847-8315

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARINA BIBICHEFF,

          Plaintiff,

          v.

CHASE BANK USA, N.A. and PAYPAL, INC.

          Defendants.

2:17-cv-04679 (DRH)(AYS)

**Affidavit of Withdrawal of Counsel**

Pursuant to Local Civil Rule 1.4, I state, under penalties of perjury:

1. I am a partner at Giskan, Solotaroff & Anderson LLP,

2. Aliaksandra Ramanenka, Esq., who is listed as one of the attorneys of record for Plaintiff in this case, is no longer employed with Giskan Solotaroff & Anderson LLP.

3. Ms. Ramanenka will no longer continue to represent Plaintiff in this case. However, I will continue as attorney of record and there will be no delay or other adverse effect on the case as a result of Ms. Ramanenka's withdrawal.

Dated: New York, New York
      July 19, 2018

Oren Giskan