AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Karina Bibicheff, <br> *Plaintiff* <br> v. <br> Chase Bank USA, N.A., and PayPal, Inc., <br> *Defendant* | ) ) ) ) ) ) Case No. 2:17-cv-4679 (DRH) (AYS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Karina Bibicheff

Date:   10/01/2018

*Attorney's signature*

Amy E. Robinson
*Printed name and bar number*

Giskan Solotaroff & Anderson LLP
217 Centre Street, 6th Floor
New York, New York 10013

*Address*

arobinson@gslawny.com
*E-mail address*

(646) 964-9609
*Telephone number*

(646) 964-9610
*FAX number*