**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

**Andrew Soukup**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5066
asoukup@cov.com

October 3, 2018

Via Electronic Case Filing
Courtesy Copy to Court via Federal Express

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:   *Bibicheff v. Chase Bank USA, N.A.* **(2:17-cv-04679)—**
> **Defendant Chase Bank USA, N.A.'s Unopposed Request**
> **for Extension of Time to Answer Complaint**

Dear Judge Hurley:

By this letter motion, Defendant Chase Bank USA, N.A. ("Chase"), submits this unopposed request for the Court to extend Chase's deadline to answer the Complaint to October 31, 2018.

Chase's response is currently due on October 10, 2018.  Due to obligations in other cases, counsel needs additional time to prepare an answer in this case.  In addition, the requested extension will permit the parties to continue discussions as to whether a settlement can be reached that resolves Plaintiff's remaining claim against Chase.

Accordingly, Chase respectfully requests that the Court grant an extension of Chase's deadline to answer the Complaint to October 31, 2018.  Oren Giskan, counsel for Plaintiff, has consented to this extension.  This is Chase's first request for an extension of time to answer the Complaint since the Court's ruling on Chase's Motion to Dismiss.  Prior to that ruling, Chase requested two extensions of time to respond to the Complaint, both of which were granted.

Respectfully submitted,

*/s/ Andrew Soukup*
Andrew Soukup

*Attorney for Chase Bank USA, N.A.*