HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200
Sheila (Qian) Shen
*Attorneys for Defendant PayPal, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KARINA BIBICHEFF,

                Plaintiff,

      -against-

CHASE BANK USA, N.A. and
PAYPAL, INC.,

                Defendants.

------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

Case No.: 2:17-cv-4679-DRH-AYS

      PLEASE TAKE NOTICE that Sheila (Qian) Shen of Holland & Knight LLP hereby appears on behalf of defendant PayPal Inc. in the above-captioned action and respectfully requests that she be electronically served (at her e-mail address listed below) with a copy of all future submissions to the Court.

Dated: October 30, 2018
       New York, NY

/s *Qian Shen*
Sheila (Qian) Shen
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
qian.shen@hklaw.com
Tel:   (212) 513-3200
Fax:  (212) 385-9010

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of October 2018, a copy of the foregoing was served via ECF on counsel for all parties of record:

    Oren Giskan    ogiskan@gslawny.com
    Aliaksandra Ramanenka    aramanenka@gslawny.com
    Andrew Soukup    asoukup@cov.com
    Kathryn Cahoy    kcahoy@cov.com

/s Qian Shen
Sheila (Qian) Shen

#61492778_v1