# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

**VIA ECF**
Honorable Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722
Courtroom 830

November 26, 2018

Dear Judge Shields:

    I represent Plaintiff in the above action.

    Following the scheduling of the settlement conference in this action, Defendant PayPal served discovery on Plaintiff. Rather than expend resources and incur legal fees engaging in discovery, Plaintiff believes that the parties should focus on settlement through the date of the scheduled conference. Accordingly, Plaintiff requests that all discovery be stayed pending the conference which is currently scheduled for January 23, 2019.

                                        Respectfully,

                                        /s
                                        Oren Giskan

CC: All counsel of record via ECF