# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

<u>**VIA ECF**</u>

Honorable Anne Y. Shields
United States District Court
100 Federal Plaza - Courtroom 830
Central Islip, New York 11722

November 29, 2018

<u>Re: Karina Bibicheff v. Chase Bank USA, N.A et al. Index: 17-cv-04679</u>

Dear Judge Shields:

    I represent Plaintiff in the above action.

    I have discussed Plaintiff's requested stay of discovery (Docket #44) with Counsel for both Defendants and all parties consent to the requested stay.

    Respectfully,

    s/

    Oren Giskan

CC: All counsel of record via ECF