# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARINA BIBICHEFF, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CHASE BANK USA, N.A., and PAYPAL, INC., | ) ) ) ) |
|       Defendants. | ) ) |

Case No.: 2:17-cv-04679-DRH-AYS

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Chase Bank USA, N.A., in the above-captioned matter, having previously entered an appearance in this action, hereby gives notice to the Court and to all parties of record of the change in counsel's office address, as indicated below:

    Kathryn Elizabeth Cahoy (kcahoy@cov.com)
    COVINGTON & BURLING LLP
    3000 El Camino Real
    5 Palo Alto Square, 10th Floor
    Palo Alto, CA 94306
    Telephone: (650) 632-4700
    Facsimile: (650) 632-4800

The undersigned respectfully requests that the Clerk of the Court and counsel of record make note of this change on their service lists.

DATED:  December 14, 2018                           Respectfully submitted,

                                                            COVINGTON & BURLING LLP

                                                            By:  /s/ *Kathryn E. Cahoy*
                                                                        Kathryn E. Cahoy

                                                          *Attorney for Chase Bank USA, N.A.*