| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>            U.S. MAGISTRATE JUDGE | DATE: 1/23/19<br>TIME: 11:00 AM<br>FTR: 11:03-11:08, 12:29-12:32 |

CASE:  **CV 17-4679 (DRH) (AYS)** Bibichef v. Chase Bank USA, N.A., et al

TYPE OF CONFERENCE: SETTLEMENT

APPEARANCES:    Plaintiff    Oren Giskan
                              Amy Robinson

                Defendant    Christine Walz
                              Andrew Soukup
                              Christina Cospey

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.
☐   Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐   Proposed settlement pending:  By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.
☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
X   Other:

**Rulings by the Court:**

- Case settled.

- Defense counsel shall provide Plaintiff's counsel with draft of the settlement agreement(s) by close of business on February 6, 2019.

- Payment shall be made within 30 days of settlement agreement(s) being fully executed.

- In light of this settlement all discovery dates and deadlines are hereby adjourned.

- A stipulation of discontinuance shall be filed by March 22, 2019.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge