UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KARINA BIBICHEFF,

                              Plaintiff,

    -against-                        17-cv-04679 (DRH) (AYS)

CHASE BANK USA, N.A. and
PAYPAL, INC.,

                              Defendants.
----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Karina Bibicheff hereby provides notice that her claims against Defendant Chase Bank USA, N.A., in the above-captioned case are voluntarily dismissed in their entirety without prejudice.

Dated:  New York, NY
          March 19, 2019

                                            **GISKAN SOLOTAROFF & ANDERSON LLP**

                                      By:      /s/
                                            Oren S. Giskan
                                            Amy E. Robinson
                                            217 Centre Street, 6th Floor
                                            New York, New York 10013
                                            (212) 847 -8315
                                            *Attorneys for Plaintiff*

Dated:  Central Islip, NY                      **IT IS SO ORDERED:**
          _____, 2019

                                            _____
                                            Denis R. Hurley, U.S.D.J.