# GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

March 22, 2019

**BY ECF**

Honorable Anne Y. Shields
United States District Court
100 Federal Plaza -- Courtroom 830
Central Islip, New York 11722

      Re:    *Bibicheff v. Chase Bank USA, N.A. and PayPal, Inc.*
              Case No: 2:17-cv-04679 (DRH) (AYS)

Dear Judge Shields:

      This firm represents Plaintiff in the above action.  I write, with the consent of counsel to Defendant PayPal, Inc., to request an extension of time to file the Stipulation of Discontinuance as to PayPal.

      On January 23, 2019, the parties appeared before Your Honor for a Settlement Conference and, with the Court's assistance, reached a settlement to be memorialized by the parties.  The Court ordered the parties to file a Stipulation of Discontinuance by March 22, 2019. (Doc. No. 50.)  Plaintiff and Defendant Chase Bank filed such a Stipulation yesterday.  (Doc. No. 51.)  Plaintiff and Defendant PayPal are still exchanging information regarding the scope of the release in their settlement agreement, and respectfully request an additional 14 days to file the Stipulation of Discontinuance.

      I thank the Court for its time and consideration of this matter.

                                                             Respectfully submitted,

                                                           /s/_____
                                                           Amy E. Robinson

CC: All counsel of record (by ECF)